No. 11–9473. FERNANDEZ v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9477. SATTERFIELD v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9478. SALERNO v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 11–9479. STRICKLAND v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9480. GRIFFIN v. JESSON, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN SERVICES. Ct. App. Minn. Certiorari denied.

No. 11–9481. FOYE v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9482. HENRY v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 11–9483. GARCIA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–9485. FLOWERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9491. DIXON v. LOPEZ, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9493. LOMAX v. CITY OF MIAMI POLICE DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9495. GOLDEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9497. HASSAN v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9506. BUCKMAN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–9508. KENDRICK v. UNION BAPTIST CHURCH ET AL. Ct. Sp. App. Md. Certiorari denied.